FILED 17 NOV '22 14:09 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:22-cr-00411-AA |
| v. | INDICTMENT |
| CARLOS JOHNSON, | 18 U.S.C. § 922(g)(1) |
| Defendant. | Forfeiture Allegation |

THE GRAND JURY CHARGES:

### COUNT 1
(Felon in Possession of a Firearm)
(18 U.S.C. § 922(g)(1))

On or about July 3, 2022, in the District of Oregon, defendant **CARLOS JOHNSON**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, specifically: Delivery of Heroin in the Circuit Court of the State of Oregon for Lane County, Case Number 19CR12524, on or about April 9, 2019, did knowingly and unlawfully possess the following firearms: a Beretta, Model Pico, .380 ACP caliber pistol and a Smith and Wesson, Model SD9VE, 9x19 mm caliber pistol, which firearms had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2
### (Felon in Possession of a Firearm)
### (18 U.S.C. § 922(g)(1))

On or about September 28, 2022, in the District of Oregon, defendant **CARLOS JOHNSON**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, specifically: Delivery of Heroin in the Circuit Court of the State of Oregon for Lane County, Case Number 19CR12524, on or about April 9, 2019, did knowingly and unlawfully possess the following firearm: a Smith and Wesson, Model M&P Bodyguard 380, .380 ACP caliber pistol, which firearm had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of either offense in Count 1 or Count 2, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearms and ammunition involved in either offense, including without limitation: a Beretta, Model Pico, .380 ACP caliber pistol, a Smith and Wesson, Model SD9VE, 9x19 mm caliber pistol, and a Smith and Wesson, Model M&P Bodyguard 380, .380 ACP caliber pistol.

Dated: November 17, 2022

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

ADAM E. DELPH
Assistant United States Attorney