AO 442 (Rev. 11/11) Arrest Warrant

2365-1118-0279-e
11496313

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**ORIGINAL**

United States of America
v.

CARLOS JOHNSON
*Defendant*

Case No. 6:22-CR- 00411-AA

FILED 05 DEC '22 13:57 USDC-ORE

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CARLOS JOHNSON,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1)

Date: 11/17/22

City and state: Eugene, OR

*Issuing officer's signature*

Mustafa T. Kasubhai, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/18/22, and the person was arrested on *(date)* 12/05/2022
at *(city and state)* EUGENE, OR.

Date: 12/05/2022

*Arresting officer's signature*

SEAN CUMMINGS   S/A
*Printed name and title*